William T. Reid, IV *(pro hac vice)*
  wreid@rctlegal.com
Jordan L. Vimont, Sr. *(pro hac vice)*
  jvimont@rctlegal.com
Ryan Goldstein *(pro hac vice)*
  rgoldstein@rctlegal.com
Scotty G. Arbuckle III *(pro hac vice)*
  tarbuckle@rctlegal.com
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy.
Suite C300
Austin, TX 78746
Tel: 512.647.6100
Fax: 512.647.6139

*Counsel for Plaintiff*
*Alexander F. Andrawes*

Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Alexander R. Safyan (Bar No. 277856)
  asafyan@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Tel:  (310) 893-5150
Fax:  (310) 893-5195
*Counsel for Plaintiff*
*Alexander F. Andrawes*

Gregg Zucker (Bar No. 166692)
  gregg@foundationlaw.com
FOUNDATION LAW GROUP LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: 310.979.7561

*Counsel for Defendant Flora Media, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER F. ANDRAWES,<br><br>*Plaintiff,*<br><br>v.<br><br>FLORA MEDIA, INC.<br><br>*Defendant.* | Case No.: 2:18-cv-431-FMO-PLA<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |

1 | Plaintiff Alexander F. Andrawes and Defendant Flora Media, Inc. filed a Stipulation for Protective Order. Having considered the Stipulation, and good cause appearing, it is hereby ORDERED that the Stipulation is GRANTED.

DATE: March 22, 2018

*Paul L. Abrams*

Hon. Paul L. Abrams